# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ALPHONSO ROGERS, | ) | |
|     Plaintiff, | ) | Case No. 10-cv-01840 |
| | ) | |
| | ) | Judge Gary Feinerman |
| v. | ) | Magistrate Judge Mary M. Rowland |
| | ) | |
| WAUKEGAN PUBLIC SCHOOLS DIST. 60 | ) | |
|     Defendant. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff, ALPHONSO ROGERS, and the Defendant, WAUKEGAN PUBLIC SCHOOLS DISTRICT 60, that this matter has been settled pursuant to the terms and provisions of the confidential Settlement Agreement and Release reached between the parties and incorporated herein by reference. Therefore, it is agreed that this cause of action should be dismissed with prejudice. Further, it is stipulated and the parties agree that this Court shall retain jurisdiction over this cause of action for ninety (90) days for the purpose of enforcing the terms of the Settlement Agreement and Release.

Dated: November 8, 2013

| Attorney for Plaintiff: | Attorney for Defendant |
|---|---|
| s/ H. Yvonne Coleman | s/ Linda K. Horras |
| H. Yvonne Coleman | Linda K. Horras |
| Law Offices of H. Yvonne Coleman, P.C. | HINSHAW & CULBERTSON LLP |
| 208 South LaSalle Street, Suite 1400 | 222 N. LaSalle Street, Suite 300 |
| Chicago, Illinois 60604 | Chicago, Illinois 60601 |
| 312-338-1908 | 312-704-3022 |